ESTELLE A. CARR, Appellant, and DENNIS BEAVER, as Executor of ROYCE K. HOFFMAN, Deceased, Respondent, v ROSE A. CAPUTO, Defendant, and HENRY ALPIZAR et al., Respondents.

Submitted April 28, 2014; decided June 12, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge ABDUS-SALAAM taking no part.

---

BRENDA CORNELL, Respondent, v 360 WEST 51ST STREET REALTY, LLC, et al., Defendants, and 360 WEST 51ST STREET CORP., Appellant.

Submitted May 5, 2014; decided June 12, 2014

Motion for reargument denied with $100 costs and necessary reproduction disbursements [*see* 22 NY3d 762 (2014)].

Judge ABDUS-SALAAM taking no part.